**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Tyrone A. Walton, | ) |
|    Plaintiff, | ) Case No.: 1:20-cv-00976 |
| vs. | ) Judge Michael R. Barrett |
| Cincinnati State Technical and Community College, et al., | ) |
|    Defendants. | ) |

## ORDER

Pursuant to a settlement conference held on May 17, 2022, and that was continued in progress, this matter is resolved. Consequently, it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, provided that the parties may, upon good cause shown within sixty (60) days, reopen the action. The Court retains jurisdiction.

   **IT IS SO ORDERED.**

                                                     _/s Michael R. Barrett_____
                                                     Michael R. Barrett, Judge
                                                     United States District Court